IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-359-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO DEMETRE SPEARMAN, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 55], the court DISMISSES and alternatively DENIES defendant's motion to dismiss his indictment of October 27, 2010. See [D.E. 43]

SO ORDERED. This 18 day of April, 2022.

JAMES C. DEVER III
United States District Judge